# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher A. Janczak <br>                       Debtor | CHAPTER 13 |
| PNC Bank, National Association <br>                       Movant <br>       vs. | |
| Christopher A. Janczak       Debtor | NO. 17-12739 ELF |
| Irena Janczak       Co-Debtor | |
| William C. Miller Esq.       Trustee | 11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this 5th day of September, 2017 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under 11 U.S.C. §§ 362 and 1301, are modified with respect to the subject premises located at 790 Hopewell Rd, Downingtown, PA 19335 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property. It is further **ORDERED** that the Co-Debtor stay is vacated.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**