United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Christopher A Janczak
    Debtor

Case No. 17-12739-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Sep 05, 2017
Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2017.
db     +Christopher A Janczak,     790 Hopewell Road,     Downingtown, PA 19335-1217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg      E-mail/Text: bankruptcy@phila.gov Sep 06 2017 02:44:09     City of Philadelphia,
     City of Philadelphia Law Dept.,     Tax Unit/Bankruptcy Dept,     1515 Arch Street 15th Floor,
     Philadelphia, PA  19102-1595
smg      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 06 2017 02:43:56
     Pennsylvania Department of Revenue,     Bankruptcy Division,     P.O. Box 280946,
     Harrisburg, PA  17128-0946
smg     +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 06 2017 02:44:07     U.S. Attorney Office,
     c/o Virginia Powel, Esq.,     Room 1250,     615 Chestnut Street,     Philadelphia, PA 19106-4404
NONE     +E-mail/Text: duffyk@co.delaware.pa.us Sep 06 2017 02:44:18     Delaware County Tax Claim Bureau,
     Government Center,     201 W. Front Street,     Media, PA 19063-2708
                                                           TOTAL: 4

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2017                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2017 at the address(es) listed below:
         JOSEPH F. CLAFFY     on behalf of Debtor Christopher A Janczak claffylaw@gmail.com,
     claffylaw@aol.com;claffylawecf@gmail.com
         KARINA VELTER     on behalf of Creditor     WELLS FARGO BANK N.A. amps@manleydeas.com
         MATTEO SAMUEL WEINER     on behalf of Creditor     PNC BANK, NATIONAL ASSOCIATION
     bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ     on behalf of Creditor     PNC BANK, NATIONAL ASSOCIATION
     bkgroup@kmllawgroup.com
         STEPHEN VINCENT BOTTIGLIERI     on behalf of     Delaware County Tax Claim Bureau
     steve@bottiglierilaw.com,     ecfnotice@comcast.net
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.     on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
     philaecf@gmail.com
         WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,     philaecf@gmail.com
                                                                      TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher A. Janczak<br>　　　　　　Debtor | CHAPTER 13 |
| PNC Bank, National Association<br>　　　　　　Movant<br>vs. | |
| Christopher A. Janczak　　　　Debtor | NO. 17-12739 ELF |
| Irena Janczak　　　　Co-Debtor | |
| William C. Miller Esq.　　　　Trustee | 11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this   5th   day of   September  , 2017 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under 11 U.S.C. §§ 362 and 1301, are modified with respect to the subject premises located at 790 Hopewell Rd, Downingtown, PA 19335 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property. It is further **ORDERED** that the Co-Debtor stay is vacated.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**