United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-12739-elf
Christopher A Janczak                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1            Date Rcvd: Nov 22, 2017
                              Form ID: pdf900           Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2017.
```
db           +Christopher A Janczak,    790 Hopewell Road,    Downingtown, PA 19335-1217
13903782      PNC,    P.O. Box 1820,    Dayton, OH 45401-1820
13962487     +PNC Bank, National Association,    c/o PNC Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,
               Miamisburg, OH 45342-5433
13961734     +Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
               Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
13903783     +Wells Fargo Bank, NA,    3476 Stateview Blvd,    Fort Mill, SC 29715-7200
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Nov 23 2017 01:35:34      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 23 2017 01:35:24      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
NONE         +E-mail/Text: duffyk@co.delaware.pa.us Nov 23 2017 01:35:42      Delaware County Tax Claim Bureau,
               Government Center,    201 W. Front Street,    Media, PA 19063-2708
13903781      E-mail/Text: duffyk@co.delaware.pa.us Nov 23 2017 01:35:42      Delaware County Tax Claim Bureau,
               Government Center Building,    201 West Front Street,    Media, PA 19063-2768
13937442      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 23 2017 01:35:06
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2017 at the address(es) listed below:
```
              JOSEPH F. CLAFFY    on behalf of Debtor Christopher A Janczak claffylaw@gmail.com,
               claffylaw@aol.com;claffylawecf@gmail.com
              KARINA   VELTER    on behalf of Creditor    WELLS FARGO BANK N.A. amps@manleydeas.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              STEPHEN VINCENT BOTTIGLIERI    on behalf of    Delaware County Tax Claim Bureau
               steve@bottiglierilaw.com, ecfnotice@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 8
```

# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER A JANCZAK                Chapter 13

Debtor                Bankruptcy No. 17-12739-ELF

## Order Dismissing Chapter 13 Case and
## Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: November 22, 2017** _____

Eric L. Frank
ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH F CLAFFY
26 SOUTH CHURCH ST
SUITE 1 SOUTH
WEST CHESTER, PA 19382

Debtor:
CHRISTOPHER A JANCZAK

790 Hopewell Road

Downingtown, PA 19335